IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIA BROMLEY and KLEBER PAUTA, on behalf of themselves and all others similarly situated, | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 1:20-CV-439-LY |
| vs. | § § | |
| SXSW, LLC and SXSW HOLDINGS, INC., | § § § | |
| *Defendants*. | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

**IT IS ORDERED THAT**:

1. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before **September 4, 2020**.

2. All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 6, 2020**. Parties resisting claims for relief shall file and serve on all other parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **December 11, 2020**. All designations of rebuttal experts shall be filed and served on all other parties not later than 14 days of receipt of the report of the opposing expert, and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts,

to the extent not already served, shall be served, but not filed, on all other parties not later than 14 days of receipt of the report of the opposing expert.

3. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **October 2, 2020**, and each opposing party shall respond, in writing, on or before **October 16, 2020**. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further **ORDERED** to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

4. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **October 30, 2020**.

5. Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 28 days of receipt of the written report of the expert's proposed testimony or not later than 28 days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

6. The parties shall complete discovery on or before **January 8, 2021**. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. The parties asserting claims for relief shall move for class certification pursuant to Federal Rule of Civil Procedure 23 on or before **February 8, 2021**. Responses shall be filed and

served on all other parties not later than **March 8, 2021**.  Replies shall be filed and served on all other parties not later than **March 29, 2021**.

8.      All dispositive motions shall be filed and served on all other parties on or before **April 26, 2021**, and shall be limited to 20 pages.  Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages.  Any replies shall be filed and served on all other parties not later than 14 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 9.  It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

9.      This case is set for final pretrial conference, in chambers, on the _____ day of_____, 20_____, at _____ and _____ trial in the month of _____ 20_____.  The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.  The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

SIGNED this \_\_\_\_ day of_____, 20\_\_\_\_.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| /s/ Randy R. Howry | /s/ Peter D. Kennedy |
| Randy Howry | Peter D. Kennedy |
| State Bar No. 10121690 | State Bar No. 11296650 |
| rhowry@howrybreen.com | pkennedy@gdhm.com |
| Sean Breen | James A. Hemphill |
| State Bar No. 00783715 | State Bar No. 00787674 |
| sbreen@howrybreen.com | jhemphill@gdhm.com |
| James Hatchitt | Hailey L. Suggs |
| State Bar No. 24072478 | State Bar No. 24113497 |
| jhatchitt@howrybreen.com | hsuggs@gdhm.com |
| HOWRY BREEN & HERMAN, L.L.P. | GRAVES, DOUGHERTY, HEARON & MOODY, P.C. |
| 1900 Pearl Street | 401 Congress Avenue, Suite 2700 |
| Austin, Texas 78705-5408 | Austin, Texas 78701 |
| Tel. (512) 474-7300 | Tel. (512) 480-5764 |
| Fax (512) 474-8557 | Fax (512) 536-9908 |
| | |
| Joseph G. Sauder | *Attorneys for Defendants SXSW LLC and SXSW Holdings Inc.* |
| jgs@sstriallawyers.com | |
| Lori G. Kier | |
| lgk@sstriallawyers.com | |
| Joseph B. Kenney | |
| jbk@sstriallawyers.com | |
| SAUDER SCHELKOPF LLC | |
| 1109 Lancaster Avenue | |
| Berwyn, Pennsylvania 19312 | |
| Tel. (888)-711-9975 | |
| Fax (610) 421-1326 | |
| | |
| Daniel O. Herrera | |
| dherrera@caffertyclobes.com | |
| Kaitlin Naughton | |
| knaughton@caffertyclobes.com | |
| CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP | |
| 150 South Wacker Drive, Suite 3000 | |
| Chicago, Illinois 60606 | |
| Tel. (312)782-4880 | |
| Fax (312)782-7785 | |
| | |
| Bryan L. Clobes | |
| bclobes@caffertyclobes.com | |
| CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP | |
| 205 North Monroe Street | |

- 5-

Media, Pennsylvania 19063
Tel. (215) 864-2800
Fax (215) 964-2808

*Attorneys for Plaintiffs and the Class*