IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIA BROMLEY and KLEBER PAUTA, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:20-CV-439-LY |
| SXSW LLC and    , SXSW HOLDINGS, INC., | § § § § | |
| SXSW. | § § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE LEE YEAKEL:

Plaintiffs Maria Bromley and Kleber Pauta and Defendants SXSW LLC and SXSW Holdings, Inc., provide this Alternative Dispute Resolution ("ADR") Report.

The parties have exchanged written settlement demands/offers pursuant to the Court's Scheduling Order and are engaged in informal discovery. Both parties are aware of the ADR procedures but, because their discussions remain ongoing, they do not believe court-ordered ADR is necessary at this point.

The persons responsible for settlement negotiations for Plaintiffs is Daniel O. Herrera and for Defendants Peter D. Kennedy.

                                                                                     Respectfully submitted,

                                                                                     By:/s/ *Peter D. Kennedy*
                                                                                     Peter D. Kennedy
State Bar No. 11296650
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 536-9908 (Fax)
pkennedy@gdhm.com

ATTORNEYS FOR DEFENDANTS
SXSW LLC AND SXSW HOLDINGS INC.

Randy Howry
State Bar No. 10121690
rhowry@howrybreen.com
Sean Breen
State Bar No. 00783715
sbreen@howrybreen.com
James Hatchitt
State Bar No. 24072478
jhatchitt@howrybreen.com
Howry Breen & Herman, LLP
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 (Fax)

Joseph G. Sauder
jgs@sstriallawyers.com
Lori G. Kier
lgk@sstriallawyers.com
Joseph B. Kenney
jbk@sstriallawyers.com
Sauder Schelkopf LLC
1109 Lancaster Ave.
Berwyn, PA 19312
(888) 711-9975
(610) 421-1326 (Fax)

By: /s/ *Daniel O. Herrera*
Daniel O. Herrera
dherrera@caffertyclobes.com
Kaitlin Naughton
knaughton@caffertyclobes.com
Cafferty Clobes Meriwether & Sprengel LLP
150 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 782-4880
(312) 782-7785 (Fax)

                            Bryan L. Clobes
                            bclobes@caffertyclobes.com
                            Cafferty Clobes Meriwether & Sprengel LLP
                            205 N. Monroe St.
                            Media, PA 19063
                            (215) 864-2800
                            (215) 964-2808 Fax)

                            ATTORNEYS FOR PLAINTIFFS AND THE
                            PROPOSED CLASS

**Certificate of Service**

I certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the filing to the following:

Randy Howry
Sean Breen
James Hatchitt
Howry Breen & Herman, LLP
1900 Pearl Street
Austin, TX 77005-5408

Joseph G. Sauder
Lori G. Kier
Joseph B. Kenney
Sauder Schelkopf LLC
1109 Lancaster Avenue
Berwyn, PA 19312

Daniel O. Herrera
Kaitlin Naughton
Cafferty Clobes Meriwether & Sprengel LLP
150 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
205 N. Monroe Street
Media, PA 19063

                            /s/ *Peter D. Kennedy*
                            Peter D. Kennedy