IN THE UNITED STATES DISTRICT COURT FILED
FOR THE WESTERN DISTRICT OF TEXAS SEP 30 PM 3: 39
AUSTIN DIVISION

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____

| | | |
|---|---|---|
| MARIA BROMLEY AND KLEBER PAUTA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFFS, | § § | CIVIL NO.  1:20-CV-439-LY |
| V. | § § | |
| SXSW, LLC AND SXSW HOLDINGS, INC., | § § § | |
| DEFENDANTS. | § | |

## ORDER

IT IS ORDERED that the jury trial setting in the month of October 2021 in this case is

CANCELED.

SIGNED this _____30th_____ day of September, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE