IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIA BROMLEY and KLEBER PAUTA, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:20-CV-439-LY |
| SXSW LLC and        , SXSW HOLDINGS, INC., | § § § § | |
| SXSW. | § | |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

Defendants SXSW LLC and SXSW Holdings, Inc. hereby provide notice to the appropriate officials pursuant to 28 U.S.C. § 1715 of the Class Action Fairness Act ("CAFA") of a proposed class action settlement in the above-captioned matter.

The following documents may be downloaded at https://www.gdhm.com/documents/:

1.  Plaintiffs' Class Action Complaint.

2.  Plaintiffs' Motion for Preliminary Approval of Settlement ("Motion").

3.  Order Granting Preliminary Approval of Class Action Settlement.

The proposed Settlement Agreement is Exhibit A to the Declaration of Daniel O. Herrera, attached to the Motion. The Notice of Proposed Settlement of Class Action is Exhibit 4 to the proposed Settlement Agreement.

Because of the size of the proposed class, providing the names of class members who reside in each state is not feasible. *See* 28 U.S.C. § 1715(b)(7)(A). In the alternative, Defendants hereby provide a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the total. 28

U.S.C. § 1715(b)(7)(A).  Note that a number of proposed class members reside outside the United States, so these percentages are as to the total of United States class members.

| State | Est. Class Members | % |
|---|---|---|
| AK | 3 | 0.03% |
| AL | 63 | 0.58% |
| AR | 38 | 0.35% |
| AZ | 112 | 1.03% |
| CA | 2168 | 19.87% |
| CO | 270 | 2.48% |
| CT | 101 | 0.93% |
| DC | 91 | 0.83% |
| DE | 23 | 0.21% |
| FL | 332 | 3.04% |
| GA | 230 | 2.11% |
| HI | 16 | 0.15% |
| IA | 24 | 0.22% |
| ID | 26 | 0.24% |
| IL | 400 | 3.67% |
| IN | 64 | 0.59% |
| KS | 38 | 0.35% |
| KY | 30 | 0.28% |
| LA | 78 | 0.72% |
| MA | 287 | 2.63% |
| MD | 250 | 2.29% |
| ME | 17 | 0.16% |
| MI | 178 | 1.63% |
| MN | 138 | 1.27% |
| MO | 117 | 1.07% |
| MS | 7 | 0.06% |
| MT | 11 | 0.10% |

| | | |
|---|---:|---:|
| NC | 136 | 1.25% |
| ND | 1 | 0.01% |
| NE | 25 | 0.23% |
| NH | 52 | 0.48% |
| NJ | 230 | 2.11% |
| NM | 28 | 0.26% |
| NV | 42 | 0.39% |
| NY | 1330 | 12.19% |
| OH | 171 | 1.57% |
| OK | 29 | 0.27% |
| OR | 141 | 1.29% |
| PA | 355 | 3.25% |
| RI | 27 | 0.25% |
| SC | 46 | 0.42% |
| SD | 10 | 0.09% |
| TN | 97 | 0.89% |
| TX | 2243 | 20.56% |
| UT | 71 | 0.65% |
| VA | 348 | 3.19% |
| VT | 16 | 0.15% |
| WA | 294 | 2.70% |
| WI | 92 | 0.84% |
| WV | 9 | 0.08% |
| WY | 4 | 0.04% |
| **Grand Total** | **10909** | **100%** |

Respectfully submitted,

By: /s/ *Peter D. Kennedy*
    Peter D. Kennedy
    State Bar No. 11296650
    Graves, Dougherty, Hearon & Moody, P.C.
    401 Congress Avenue, Suite 2700
    Austin, Texas 78701
    (512) 480-5764
    (512) 536-9908 (Fax)
    pkennedy@gdhm.com

ATTORNEYS FOR DEFENDANTS
SXSW LLC AND SXSW HOLDINGS INC.

**Certificate of Service**

I hereby certify that on October 4, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randy Howry
Howry Breen & Herman, LLP
1900 Pearl Street
Austin, TX 77005-5408

Joseph G. Sauder
Joseph B. Kenney
Sauder Schelkopf LLC
1109 Lancaster Avenue
Berwyn, PA 19312

Daniel O. Herrera
Cafferty Clobes Meriwether & Sprengel LLP
150 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
205 N. Monroe Street
Media, PA 19063

    /s/ *Peter D. Kennedy*
    Peter D. Kennedy